IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TONIA HARVEY                                                              PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:16-CV-171-SA-DAS

GOLDEN DRAGON SOURCING LTD. CORP.,
SEVENTH AVENUE, INC.,
GUANGDONG KISENSE CO., LTD., and
NATIONAL QUALITY PRODUCTS, LLC                                          DEFENDANTS

## DEFAULT JUDGMENT

Tonia Harvey filed this case seeking damages from the manufacturer, sellers, and importers of a pressure cooker that she alleges exploded and injured her. According to the allegations in the Plaintiff's Third Amended Complaint [73], Defendant Guangdong Kisense, Co., LTD is a Chinese corporation with its principal place of business in Guangdong, China.

The Plaintiff has made several attempts to serve Guangdong Kisense with process pursuant to the Federal Rules of Civil Procedure and the Hague Convention. These attempts at service have been unsuccessful. The Plaintiff now seeks a default judgment against Guangdong Kisense arguing that she is entitled to a default judgment because all reasonable attempts at service have been made, and all of the requirements of Article 15 of the Hague Convention have been met. *See* Motion [79]. The Court agrees. The pleadings in this case were transmitted by international courier by method provided for in the Convention, more than six months have elapsed, no certificate has been received, and it appears from the record that every reasonable effort to obtain such a certificate has been made.

For all of these reasons, the Court finds and makes an entry of DEFAULT against Defendant Guangdong Kisense Co., LTD. The Court also enters a DEFAULT JUDGMENT against Defendant Guangdong Kisense Co., LTD in the Plaintiff's favor.

SO ORDERED on this the 27th day of November, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE