UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TONIA HARVEY                                                                                         PLAINTIFF

V.                                                                              CASE NO. 1:16-CV-171-SA-DAS

GOLDEN DRAGON SOURCING LTD
CORPORATION, D/B/A "MAS";
SEVENTH AVENUE, INC.;
GUANGDONG KISENSE CO., LTD.;
NATIONAL QUALITY PRODUCTS, LLC                                                  DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO GOLDEN DRAGON SOURCING LTD CORPORATION

THIS MATTER came before the Court on the Joint Motion *ore tenus* for Voluntary Dismissal Without Prejudice of the claims filed by the Plaintiff against Defendant Golden Dragon Sourcing Ltd Corporation ("Golden Dragon"), and the Court being advised in the premises finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that, pursuant to F.R.C.P. 41(a)(2), the claims of the Plaintiff against Defendant Golden Dragon, be and same are hereby dismissed without prejudice with each party to bear their own costs, and Plaintiff expressly reserves the claims against all remaining Defendants in this action.

The Clerk of Court is directed to amend the style of this case to "Harvey v. Seventh Avenue, Inc." to reflect the dismissal of Defendant Golden Dragon Sourcing.

SO ORDERED, this the 8th day of April, 2019.

                                                            /s/ Sharion Aycock
                                                      UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:


/s/Evan G. Allen
Evan G. Allen, Esq.
Beasley Allen Crow Methvin Portis & Miles, PC
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36103
*Attorney for Plaintiff*


/s/Michael A. Smith
Michael A. Smith, Esq.
Musgrove/Smith Law
599 Highland Colony Parkway
Suite 110
Ridgeland, MS 39157
*Attorney for Plaintiff*


/s/Mitchell O. Driskell, III
Mitchell O. Driskell, III, Esq.
Daniel Coker Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, MS 38655
*Attorney for Golden Dragon Sourcing Ltd Corporation,
National Quality Products and Seventh Avenue, Inc.*